UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| RICHARD A. HORN, | Civil No. 2:19-CV-01264-BAT |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based on Defendant's Motion, it is hereby ORDERED that the Responsive Due Date shall be amended as follows:

Defendant shall have up to and including November 15, 2019, to file a Response to Plaintiff's Complaint.

DATED this 10th day of October, 2019.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

Presented by:

s/ Justin L. Martin
JUSTIN L. MARTIN
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone:  (206) 615-3735
Fax:  (206) 615-2531
justin.l.martin@ssa.gov