# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| RICHARD A. HORN, | Civil No. 2:19-CV-01264-BAT |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's application for a period of disability and disability insurance benefits under Title II of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceedings. On remand, the Administrative Law Judge will (1) reevaluate the opinion evidence of record; (2) reevaluate Plaintiff's maximum residual functional capacity; (3) if warranted by the expanded record, obtain supplemental vocational expert evidence to clarify the effect of the assessed limitations on Plaintiff's ability to perform other work in the national economy; (4) take further action needed to complete the administrative record; and (5) issue a new decision.

IT IS FURTHER ORDERED that the Clerk will enter judgment pursuant to this order.

Page 1      ORDER - [2:19-CV-01264-BAT]

This remand should be made pursuant to sentence four of 42 U.S.C. § 405(g), and Plaintiff should be entitled to reasonable attorney fees and costs, pursuant to 28 U.S.C. § 2412(d), upon proper request to this Court.

DATED this 28th day of January, 2020.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

Presented by:

s/ Justin L. Martin
JUSTIN L. MARTIN
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-3735
Fax: (206) 615-2531
justin.l.martin@ssa.gov